1  DORON WEINBERG (SBN 46131)
   Law Offices of Doron Weinberg
2  523 Octavia Street
   San Francisco, CA 94102
3  Telephone: (415) 431-3472
   Facsimile:  (415) 552-2703
4  Email: doronweinberg@aol.com

5  Attorney for Defendant
   BOB YUEN

6

                    UNITED STATES DISTRICT COURT
7
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,          )    **Case No. CR-11-0097 CRB**
10                                     )
        Plaintiff,                     )    **STIPULATION MODIFYING**
11                                     )    **CONDITIONS OF PRETRIAL**
        vs.                            )    **RELEASE; (~~PROPOSED~~) ORDER**
12                                     )
                                       )
13 BOB YUEN, et. al.,                  )    **TIME:        10:30 am**
                                       )    **COURT:    G~~A~~, 15th Floor**
14      Defendants.                    )    **JUDGE:     Hon. Joseph C. Spero**
   _____ )
15

16

17      IT IS HEREBY STIPULATED between the parties, Doron Weinberg, attorney for

18 Defendant Bob Yuen, and Assistant United States Attorney Aaron D. Wegner, for Plaintiff

19 United States of America, that the conditions of Defendant's pretrial release may be modified as

20 follows:

21      In additional to the hours that Defendant Bob Yuen, who is on electronic home

22 monitoring is presently permitted to leave his home, he shall also be permitted to leave his home

23 between 9:00 a.m. and 12:00 p.m. on Saturdays for the purpose of attending to personal needs

24 ///

25

26 Stipulation Modifying Conditions of
   Pretrial Release; (Proposed) Order
   (No. CR-11-0097 CRB)                          1

1  and errands.

2                                          LAW OFFICES OF DORON WEINBERG

3

4  Dated:   October 25, 2011          ___/s/ Doron Weinberg_____
                                          Attorney for Defendant BOB YUEN

5
                                          MELINDA HAAG
6                                         United States Attorney

7

8  Dated:   October 25, 2011       by:  /s/ Aaron D. Wegner_____
                                          AARON D. WEGNER
9                                         Assistant United States Attorney
                                          Attorney for Plaintiff
10                                        United States of America

11  **IT IS SO ORDERED:**

12

13
    Dated:  10/26/11
14                                        _____
                                          HONORABLE                      
                                          Magistrate Judge        District Court

15

16

17

18

19

20

21

22

23

24

25

26  Stipulation Modifying Conditions of
    Pretrial Release; (Proposed) Order
    (No. CR-11-0097 CRB)                      2