1  DORON WEINBERG (SBN 46131)
   Law Offices of Doron Weinberg
2  523 Octavia Street
   San Francisco, CA 94102
3  Telephone: (415) 431-3472
   Facsimile:  (415) 552-2703
4  Email: doronweinberg@aol.com

5  Attorney for Defendant
   BOB YUEN

6

                    UNITED STATES DISTRICT COURT

                FOR THE NORTHERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | **Case No. CR-11-0097 CRB** |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION MODIFYING** |
| | ) | **CONDITIONS OF PRETRIAL** |
| vs. | ) | **RELEASE; (PROPOSED) ORDER** |
| | ) | |
| BOB YUEN, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

   IT IS HEREBY STIPULATED between the parties, Doron Weinberg, attorney for Defendant Bob Yuen, and Assistant United States Attorney Aaron D. Wegner, for Plaintiff United States of America, that the conditions of Defendant's pretrial release may be modified as follows:

   Defendant Bob Yuen, who is on electronic home monitoring may be permitted to be away from his residence between the hours of 10:00 a.m. and 6:00 p.m. on Sunday, December 25,

///

Stipulation Modifying Conditions of
Pretrial Release; (Proposed) Order
(No. CR-11-0097 CRB)                        1

///

2011, in order to spend the Christmas holiday with his family.

LAW OFFICES OF DORON WEINBERG

Dated:   December 21, 2011         /s/ Doron Weinberg
                                    Attorney for Defendant BOB YUEN

                                    MELINDA HAAG
                                    United States Attorney

Dated:   December 21, 2011         by:  /s/ Aaron D. Wegner
                                    AARON D. WEGNER
                                    Assistant United States Attorney
                                    Attorney for Plaintiff
                                    United States of America

**IT IS SO ORDERED:**

Dated:  1/4/12
                                    HONORABLE JOSEPH C. SPERO
                                    Magistrate Judge, United States District Court

Stipulation Modifying Conditions of
Pretrial Release; (Proposed) Order                   2
(No. CR-11-0097 CRB)