1  DORON WEINBERG (SBN 46131)
   Law Offices of Doron Weinberg
2  523 Octavia Street
   San Francisco, CA 94102
3  Telephone: (415) 431-3472
   Facsimile:  (415) 552-2703
4  Email: doronweinberg@aol.com

5  Attorney for Defendant
   BOB YUEN
6

7                    UNITED STATES DISTRICT COURT

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,              )   **Case No. CR-11-0097 CRB**
                                          )
11      Plaintiff,                        )   **STIPULATION MODIFYING**
                                          )   **CONDITIONS OF PRETRIAL**
12      vs.                               )   **RELEASE; (PROPOSED) ORDER**
                                          )
13                                        )
   CUONG MACH BINH TIEU,                  )
14 BOB YUEN, et. al.,                     )
                                          )
15      Defendants.                       )
   _____)
16

17
        IT IS HEREBY STIPULATED by and between Plaintiff United States of America,
18
   through Assistant United States Attorney Robert D. Rees and defendant Bob Yuen, through his
19
   attorney Doron Weinberg, that the conditions of defendant's pretrial release may be modified to
20
   permit defendant to be away from his home on Sundays, between the hours of 12:00 noon and
21
   8:00 p.m., for the purpose of spending time with his children.  In all other respects the pretrial
22
   release order remains in effect, including the requirement that defendant remain on electronic
23
   ///
24
   ///
25

26 Stipulation Modifying Conditions
   of Pretrial Release (Proposed)
   Order (CR-11-0097 CRB)
                                          1

1 monitoring.

2

3 Dated: May 11, 2012                           MELINDA HAAG
                                                United States Attorney
                                                Northern District of California

4

5

6                                               By:   /s/ Robert D. Rees
                                                ROBERT D. REES
                                                Assistant United States Attorney

7

8 Dated: May 11 2012                            LAW OFFICES OF DORON WEINBERG

9

10

11                                                /s/ Doron Weinberg
                                                DORON WEINBERG
                                                Attorney for Defendant BOB YUEN

12

13 **IT IS SO ORDERED:**

14

15 Dated: __5/11/12_____             _____
                                                HONORABLE JOSEPH C. SPERO
16                                              United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26 Stipulation Modifying Conditions
of Pretrial Release (Proposed)
Order (CR-11-0097 CRB)
                                        2